JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX R. VALDEZ,<br><br>      Petitioner,<br><br>  v.<br><br>DAVID BAUGHMAN,<br><br>      Respondent. | NO. CV 21-5700-MCS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: April 30, 2024

_____
MARK C. SCARSI
United States District Judge